JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVAUGHN KEITH POTEAT,<br><br>                  Plaintiff,<br><br>         v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>                  Defendant. | Case No. CV 23-08908-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: October 16, 2024

_____

STEVE KIM
United States Magistrate Judge